# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Tyrone Sturgeon,
    Plaintiff,

vs.                           Case No. 1:08-cv-510

Commissioner of Social Security,
    Defendant

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 10, 2009 (Doc. 15).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. This action is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).


Date: July 6, 2009                         s/Sandra S. Beckwith
                                                      Sandra S. Beckwith, Senior Judge
                                                        United States District Court