UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tyrone Sturgeon,
    Plaintiff

v.                    Case No.  1:08-cv-510

Commissioner of Social
Security,
    Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed December 3, 2009 (Doc. 21).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's amended motion for attorney fees and costs is **GRANTED**. Plaintiff is awarded $2,677.50 in attorney fees and $350.00 in costs and expenses, for a total award of $3,027.50.

Date: December 22, 2009                    s/Sandra S. Beckwith
                                                     Sandra S. Beckwith, Senior Judge
                                                     United States District Court